## WATSON *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 50, September Term, 1962.]

*Decided January 30, 1963.*

Before Brune, C. J., and Henderson, Hammond, Prescott, Horney, Marbury and Sybert, JJ.

Per Curiam.

For the reasons stated in the memorandum opinion of Judge Sodaro in the lower court, the application of Uzell Watson for leave to appeal from the order dismissing his third petition for post conviction relief from his imprisonment for murder is hereby denied. See *Watson v. Warden,* 228 Md. 653, and *Watson v. State,* 208 Md. 210.

*Application denied.*